## MOTION DOCKET

**92–1985.** Columbia Gas of Ohio, Inc. v. Limbach. Board of Tax Appeals, No. 89–X–44. On request for oral argument before full court. Request granted.

**92–2299.** Hamilton Cty. Order of Eastern Star Home, Inc. v. Limbach. Board of Tax Appeals, No. 90–M–404. On request for oral argument before full court. Request granted.

DOUGLAS and F.E. SWEENEY, JJ., dissent.